

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*  *fax: 973-297-2045*

August 25, 2015

**By ECF**

The Honorable Joseph A. Dickson
United States Magistrate Judge
District of New Jersey
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *United States v. Arkadiy Dubovoy, et al.,* Cr. No. 15-390 (MCA)

Dear Judge Dickson:

The government submits this letter in support of its motion for a permanent order of detention with respect to defendant ARKADIY DUBOVOY, who is scheduled to appear before Your Honor on Wednesday, August 26, 2015 at 2:00 p.m. for an initial appearance.

ARKADIY DUBOVOY was arrested on August 11, 2015, in the Northern District of Georgia, and was brought before United States Magistrate Judge Alan J. Baverman the same day for an initial appearance. Judge Baverman held bail hearings on August 13, 2015 and on August 19, 2015 and, on August 19, 2015, ordered ARKADIY DUBOVOY to be remanded to the custody of the United States Marshal Service and removed to the District of New Jersey.

The government submitted letter briefs to Judge Baverman in support of its motion for a permanent order of detention with respect to ARKADIY DUBOVOY on August 11, 2015 (the "August 11 Submission") and on August 17, 2015 (the "August 17 Submission"). The government incorporates those submissions by reference in support of its current motion for a permanent order of detention with respect to defendant ARKADIY DUBOVOY.

The August 11 Submission, with supporting exhibits A through C, are attached hereto as Exhibit 1.  The August 17 Submission, along with supporting exhibits D through BB, are attached hereto as Exhibit 2.

                                        Respectfully submitted,

                                        PAUL J. FISHMAN
                                        United States Attorney

                                        By: Andrew S. Pak
                                        Daniel V. Shapiro
                                        David M. Eskew
                                        Svetlana M. Eisenberg
                                        Assistant United States Attorneys

Enclosures