# EXHIBIT 1



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*          973-645-2700
*Newark, New Jersey 07102*          *fax:* 973-297-2045

August 11, 2015

**By Hand Delivery**
The Honorable Alan J. Baverman
United States Magistrate Judge
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Re: *United States v. Arkadiy Dubovoy, et al.,* Cr. No. 15-390 (MCA)

Dear Judge Baverman:

The government submits this letter brief in support of its motion for a permanent order of detention with respect to defendants ARKADIY DUBOVOY and IGOR DUBOVOY, who are scheduled to appear before Your Honor today.  On August 6, 2015, a grand jury in the District of New Jersey returned an indictment, which charged the defendants with one count of conspiracy to commit wire fraud; seven counts of wire fraud; one count of conspiracy to commit securities fraud; seven counts of securities fraud; and one count of conspiracy to commit money laundering.[1]  The charges arise from the defendants' central role in a long-running, international computer hacking and fraudulent securities trading scheme that connected criminal actors in Ukraine to securities traders in the United States, and which generated in excess of $30 million for its participants.  For the reasons set forth below, there is no condition or combination of conditions that would ensure the defendants ARKADIY DUBOVOY and IGOR DUBOVOY's future appearance, and the Court should order them to be detained and removed to the District of New Jersey in custody.

---

[1] A copy of the indictment is attached hereto as Exhibit A.  Co-defendants PAVEL DUBOVOY, OLEKSANDER IEREMENKO, and IVAN TURCHYNOV, all of whom are presently in Ukraine, are charged with the same offenses.  IEREMENKO and TURCHYNOV are also charged with conspiracy to commit fraud in connection with computers and one-count each of aggravated identity theft.  In addition, TURCHYNOV is charged with one count of computer hacking and both IEREMENKO and TURCHYNOV are charged in a separate computer hacking count.

## THE HACKING AND TRADING SCHEME

As set forth in greater detail in the indictment, from in or about February 2010 through the present: (a) defendants IVAN TURCHYNOV and OLEKSANDR IEREMENKO (collectively, the "Hacker Defendants"), who are based in Ukraine, hacked into the computer networks of Marketwired L.P. ("Marketwired"), PR Newswire Association LLC ("PRN"), and Business Wire (collectively, the "Victim Newswires"), which Victim Newswires were in the business of issuing press releases on behalf of publicly traded companies (the "Issuers"); (b) the Hacker Defendants stole confidential press releases containing material nonpublic information from the Victim Newswires' internal computer networks prior to their public release (the "Stolen Releases"); (c) the Hacker Defendants shared the Stolen Releases with, among others, defendants ARKADIY DUBOVOY, IGOR DUBOVOY, and PAVEL DUBOVOY and co-conspirators Vitaly Korchevsky, Leonid Momotok, Vladislav Khalupsky, and Alexander Garkusha (collectively, the "Trader Defendants")[2]; (d) the Trader Defendants traded on the material nonpublic information contained in the Stolen Releases prior to their distribution to the investing public; and (e) the Hacker Defendants and Trader Defendants (collectively, the "Defendants") shared in the illicit trading profits. During the course of the scheme, the Defendants accessed more than 150,000 Stolen Releases, and executed trades based on the material nonpublic information contained in the Stolen Releases. In total, the scheme generated more than $30 million in illicit trading profits, a substantial portion of which was moved from the United States to a number of overseas bank accounts.

Generally, the Issuers provided draft press releases to the Victim Newswires. The press releases contained material nonpublic information concerning the Issuers' financial performance, quarterly earnings, year-end earnings, and potential mergers or acquisitions involving the Issuers. The Victim Newswires then maintained the draft press releases on their computer servers for a period of time until, consistent with the instructions of the Issuers, the Victim Newswires disseminated those press releases to the investing public, typically at some point after the close of the stock market on a given day. Thus, there was a window of time during which the Victim Newswires possessed on their internal computer networks draft press releases that contained information about the Issuers, which information was not yet known by or intended for distribution to the investing public.

---

[2] Co-conspirators Korchevsky, Momotok, Khalupsky, and Garkusha are defendants in a case pending in the Eastern District of New York. *See United States v. Korchevsky*, et al., Cr. No. 15-381(ARR).

The Hacker Defendants infiltrated the internal networks of the Victim Newswires by using a variety of different methods, including phishing attacks,[3] brute force attacks,[4] SQL injection attacks,[5] and by placing multiple reverse shells[6] on the networks of certain of the Victim Newswires. By employing these methods, the Hacker Defendants were able to obtain contact and credential information for employees, clients, and business partners of the Victim Newswires, and thereby, gain access to their internal networks. The Hacker Defendants then used that access to traverse the networks of the Victim Newswires and download the Stolen Releases prior to their public distribution.

The Hacker Defendants then uploaded the Stolen Releases to an international web server (the "Stolen Release Server"), which they shared, through a conduit, with the Trader Defendants. Certain of the Trader Defendants, namely PAVEL DUBOVOY and Alexander Garkusha, obtained the credentials for the Stolen Release Website and distributed them among the other Trader Defendants. The Trader Defendants traded on the Stolen Releases prior to their distribution by the Victim Newswires to the investing public. In order to execute their trades before the Stolen Releases became public, the Trader Defendants had to execute trades in the sometimes very short window of time between when the Hacker Defendants illegally accessed, stole, and shared the Stolen Releases and when the final press releases were disseminated to the public by the Victim Newswires, usually shortly after the close of the markets on that same day. Thus, the trading data for the Trader

---

[3] "Phishing" refers to an attempt to gain unauthorized access to a computer or computers by sending an email that appears to be a legitimate communication from a trustworthy source, but contains malware or a link to download malware.

[4] A brute force attack" or "bruting," refers to decrypting data by running programs that systematically check all possible passwords until the correct password is revealed. Among other things, this methodology could be used to decrypt "password hashes," which are strings of encrypted data generated when a password is passed through an encryption algorithm. Passwords for network accounts are often stored on networks as password hashes as a security measure.

[5] "Structured Query Language" or "SQL" is a computer programming language designed to retrieve and manage data in computer databases. "SQL Injection Attacks" are methods of hacking into and gaining unauthorized access to computers connected to the Internet using a series of SQL instructions.

[6] "Malware" is malicious software programmed to, among other things, gain unauthorized access to computers; identify, store, and export information from hacked computers; and to evade detection of intrusions by anti-virus programs and other security features running on those computers. "Reverse shells" are a specific type of malware designed to initiate a connection to an external computer from within a hacked computer network.

Defendants often showed a flurry of trading activity around a Stolen Release shortly before its public release.

The Trader Defendants essentially possessed a blueprint of how the markets would react in the future. When the information contained in the Stolen Releases was positive, the Trader Defendants purchased a large number of shares prior to the public distribution of the press release. After the press release was made public and the stock price increased, the Trader Defendants then sold their shares for a large profit. When the information contained in the draft press release was negative, the Trader Defendants "shorted" a large number of shares or purchased put options. After the press release was made public and the stock price decreased, the Trader Defendants closed out their positions for a large profit. Armed with this unfair trading advantage, the Trader Defendants executed hundreds of trades, batting nearly a thousand in their various trading accounts. (*See* Exhibit A at ¶¶ 75-102.) In many instances, they purchased millions of dollars' worth of stock in a company they knew would have a positive news announcement. For example, on October 21, 2011, Caterpillar, Inc. ("CAT") submitted a press release to PR Newswire Association LLC ("PRN"), stating that it's third quarter profits after taxes had increased by 27% in comparison to the prior year; the release was not made public until before the opening of the markets on October 24, 2011. Shortly thereafter, the Hacker Defendants exfiltrated the release from PRN's servers and shared it with the Trader Defendants. Thereafter, between October 21, 2011 and October 24, 2011, the Trader Defendants purchased approximately $6 million worth of CAT stock and options. After the CAT release was publicly distributed, the price of CAT increased and the Trader Defendants closed out their CAT positions for a profit of $648,000.

Nevertheless, in at least one instance, the Trader Defendants traded on a draft press release with positive news by purchasing a large quantity of stock. Despite the positive news, the stock price unexpectedly fell after the press release was distributed to the public. In emails obtained over the course of the investigation, two of the Trader Defendants discussed the unexpected movement of the stock price after the positive news, stating, "its ok... not the last day...it was strange anyway...got the numbers right....reaction mixed."

In total, over the course of the scheme, the Trader Defendants realized over approximately $30 million in illicit profits from their trading activities on the Stolen Releases. The Hacker Defendants and Trader Defendants used foreign shell companies to share these profits. Defendant PAVEL DUBOVOY served as a linchpin. In multiple chats obtained from defendant TURCHYNOV's computer, TURCHYNOV sends a co-conspirator bank account information. Shortly thereafter, defendant PAVEL DUBOVOY receives

an email containing that same bank account information.  PAVEL DUBOVOY then sent confirmations of wire transfers into those bank accounts.  The evidence further shows that the Hacker Defendants were to receive a percentage of the total trading profits.  On at least one occasion, defendant PAVEL DUBOVOY sent the login credentials to a co-conspirator for one of the trading accounts used by the Trader Defendants.  The next day, defendant TURCHYNOV logged into that same account, presumably to check the trading activity and profits from which he was to be paid.  Notably, the IP address used to log into the trading account by defendant TURCHYNOV was the same IP address used by TURCHYNOV to hack into the computer networks of Marketwired and PR Newswire.

## THE DEFENDANTS' ARRESTS AND THE SEIZURE/RESTRAINT OF ASSETS

On August, 6, 2015, United States Magistrate Judge Steven Mannion issued arrest warrants for the defendants IEREMENKO, TURCHYNOV, ARKADIY DUBOVOY, IGOR DUBOVOY, and PAVEL DUBOVOY.

On August 11, 2015, defendant ARKADIY DUBOVOY and his son, defendant IGOR DUBOVOY, were arrested at their homes in Alpharetta, Georgia.  In addition, co-conspirator Vitaly Korchevsky was arrested at his home in Glenn Mills, Pennsylvania, and co-conspirators Leonid Momotok, and Alexander Garkusha were arrested at their homes in Georgia.

Also on August 11, 2015, the government seized 17 bank and brokerage accounts containing more than $6.5 million of alleged criminal proceeds.  The government also took steps to restrain 12 properties, a shopping center located in Pennsylvania, an apartment building located in Georgia, and a houseboat, all worth more than $5.5 million.

In addition to the above, the United States Securities and Exchange Commission ("SEC") filed a civil complaint on August 11, 2015, charging, among others, defendants ARKADIY and IGOR DUBOVOY, as well as entities they controlled, along with a number of other individuals (including family members) and entities, with civil violations of the securities laws.  The SEC's civil complaint and application for a temporary restraining order and other injunctive relief seek, among other things, to obtain civil monetary penalties and disgorgment of ill-gotten gains.

## ARGUMENT

Pursuant to the Bail Reform Act, 18 U.S.C. §§ 3141, *et seq.,* a defendant must be detained if the Court determines that "no condition or combination of conditions will reasonably assure the appearance of the person

as required and the safety of any other person and community." 18 U.S.C. § 3142(e)(1). A finding of risk of flight must be supported by a preponderance of the evidence, whereas a finding of danger to the community must be supported by clear and convincing evidence. *See generally United States v. King,* 849 F.2d 485, 489 & n. 3 (11th Cir. 1988).

In determining whether the defendant poses a flight risk, a court must consider several factors, including (1) the "nature and circumstances" of the charged offense, (2) the weight of the evidence against the defendant, and (3) the defendant's history and characteristics, including his character, his family and community ties, his past conduct, his criminal history, and his "record concerning appearance at court proceedings." 18 U.S.C. § 3142(g). At detention hearings, "[t]he rules concerning admissibility of evidence in criminal trials do not apply," 18 U.S.C. § 3142(f), and the parties may proceed solely by proffer, *United States v. Gaviria,* 828 F.2d 667, 669 (11th Cir. 1987). Here, each of the factors outlined above support findings by the Court that no condition or combination of conditions will reasonably assure defendant ARKADIY and IGOR DUBOVOY's future appearance as required.

## 1.    Nature and Circumstances of the Crimes Charged

As set forth in greater detail above and in the indictment, defendants ARKADIY and IGOR DUBOVOY, along with others, participated in an unprecedented, international computer hacking and trading scheme, pursuant to which they and their co-conspirators have generated – conservatively – over $30 million over the last five years. The complex scheme brought together sophisticated computer hackers based in Ukraine and securities traders based in the United States, who worked together closely to ensure its success. In many cases, the Trader Defendants, including defendant ARKADIY DUBOVOY, specifically tasked the Hacker Defendants with which confidential press releases they should steal from the newswires by providing them "shopping lists" to guide them as they traversed the Victim Newswires' computer networks. (*See* Exhibit A at ¶¶ 72-74 and Exhibits B and C (two of the "Shopping Lists").)

The scheme generated over $30 million in profits; defendant ARKADIY DUBOVOY profited more than $11 million from the scheme. In addition, the Defendants moved the proceeds of the scheme through a network of trading accounts and international shell companies. (*See* Exhibit A at ¶¶ 103-109.) Defendants ARKAIDY and IGOR DUBOVOY used the proceeds of the scheme to acquire substantial amounts of real estate and assets, including several that have been seized or restrained.

- 6 -

In light of the conduct outlined above and described in the indictment, defendants ARKADIY and IGOR DUBOVOY are each charged with: one count of wire fraud conspiracy; seven counts of wire fraud; securities fraud conspiracy; seven counts of securities fraud; and money laundering conspiracy. The wire fraud conspiracy and substantive wire fraud counts with which all defendants are charged each carry a maximum potential penalty of 20 years in prison and a $250,000 fine, or twice the gain or loss from the offense. The securities fraud conspiracy count with which all defendants are charged carries a maximum potential penalty of five years in prison and a $250,000 fine, or twice the gain or loss from the offense. The substantive securities fraud counts with which all defendants are charged each carry a maximum potential penalty of 20 years in prison and a $5 million fine, or twice the gain or loss from the offense. The money laundering conspiracy with which all defendants are charged carries a maximum potential penalty of 20 years in prison and a $500,000 fine, or twice the value of the funds involved in the illegal transfers. The charged counts can run consecutively.

For purposes of determining the applicable Guidelines offense level under the U.S. Sentencing Guidelines, the government conservatively anticipates that defendants ARKAIDY and IGOR DUBOVOY's total offense level would be 37, which corresponds to an advisory Guidelines range of imprisonment of 210 to 262 months in Criminal History Category I.

Given the prospect of substantial jail time, defendants ARKAIDY and IGOR DUBOVOY have a strong incentive to flee. Accordingly, this factor counsels in favor of detention.

## 2. The Evidence of the Defendants' Guilt

The evidence against defendants ARKADIY and IGOR DUBOVOY is overwhelming and consists of, among others, the following categories of evidence: (a) volumes of digital media, including forensic images of laptops and computers seized from defendants IEREMENKO and TURCHYNOV in or about November 2012 pursuant to a Mutual Legal Assistance Treaty Request to Ukranian authorities, containing Stolen Releases and chat logs (*see, e.g.,* Exhibit A at ¶¶43, 51-52, 57-63, 103); (b) emails between defendants ARKADIY and IGOR DUBOVOY and other co-conspirators in furtherance of the charged scheme, including but not limited to the emails described in the DNJ Indictment (*see, e.g., id.* at ¶¶ 73, 74, 96, 108, and 110); (c) trading records related to defendants ARKAIDY and IGOR DUBOVOY showing illegal trading within the windows of time between when press releases were shared with the Victim Newswires by public companies and before they were publicly disseminated to the investing public (*see, e.g., id.* at ¶¶ 75-102); (d) bank records related to defendants ARKAIDY and IGOR DUBOVOY showing the

movement of illicit proceeds to co-conspirators; (e) analyses of Internet Protocol ("IP") addresses associated with defendants ARKADIY DUBOVOY and IGOR DUBOVOY and bank and trading accounts associated with the charged scheme show that a substantial portion of the criminal activity took place at, among other locations, defendants ARKADIY and IGOR DUBOVOY's homes and businesses; and (f) telephone records reflecting close coordination among defendants ARKADIY and IGOR DUBOVOY, and other co-conspirators around the times of the illegal trading described in the DNJ Indictment

Coupled with the potential exposure, the strength of the evidence also supports a finding that the defendants are a flight risk and that detention is warranted in this case.

### 3.    The Defendants' History and Characteristics

Finally, defendants ARKADIY and IGOR DUBOVOY's history and characteristics support detention in this case. First, they are not United States citizens. While both are lawful permanent residents of the United States, they are Ukranian citizens, who possess valid Ukranian passports. At present, the United States and Ukraine have no extradition treaty.

Second, both defendants have traveled frequently outside of the United States, including to Ukraine. From between approximately February 2012 through the present, defendant ARKADIY DUBOVOY has traveled outside of the United States at least 12 times, including on at least 8 trips to Ukraine. In fact, his most recent trip outside of the United States was on July 20, 2015 to Kiev, Ukraine (via Frankfurt, Germany). From in or about 2004 through the present, defendant IGOR DUBOVOY has traveled outside of the United States at least 18 times, including three times in 2014 alone. These trips appear to include at least two trips to Ukraine.

Third, in light of the pending charges, seizures, and restraints described above, defendants ARKADIY and IGOR DUBOVOY's ties to the community are now tenuous, and underscore the risk of flight present in this case. Between the pending criminal case in the District of New Jersey, a related case in the Eastern District of New York, and the SEC's civil case in the District of New Jersey, nearly all of the defendants' family members, associates and business entities are now the subject of civil and criminal enforcement actions. Moreover, a significant portion of their assets have been traced to their criminal scheme and are restrained.

Fourth, as alleged in the indictment, both defendants have significant connections to criminal associates overseas, including to the Hacker Defendants and defendant PAVEL DUBOVOY, who are all presently in Ukraine.

- 8 -

Fifth, both defendants have access to significant assets overseas. Defendant ARKADIY DUBOVOY is the founder and president of Atlanta Invest, a company that, among other things, invests in "ground up real estate projects in Ukraine [,] both commercial and residential," which as of 2014 was managing multiple high-rise projects in the Ukraine. Defendant ARKADIY DUBOVOY is also the founder and president of Mozaika Ice Cream, an ice cream brand and factory in Ukraine, and, according to his 2012 tax return, held common stock in two other Ukrainian companies Norton LLC and XXI Century LLC (described in the return as financial investments and construction businesses, respectively). In addition, defendant ARKADIY DUBOVOY maintains or has access to foreign bank accounts, including at least one account in Ukraine, which had approximately $2.5 million in the account as of 2014. Presumably, these assets are equally available to defendant IGOR DUBOVOY, defendant ARKADIY DUBOVOY's son, as are moneys that passed through or to the foreign shell companies involved in the scheme, including Tanigold Assets Ltd., which is controlled by defendant PAVEL DUBOVOY, a relative. (See Exhibit A at ¶¶ 12, 103-109.)

Accordingly, not only do defendants ARAKDIY and IGOR DUBOVOY have a motive to flee given the substantial jail time they face in the pending case, their lack of assets in the United States, and their waning ties to the community, they also have the resources to do so given their immense financial and personal connections overseas. This factor also weighs in favor of detention.

## CONCLUSION

Given the nature of the pending charges, the potential exposure, the strength of the evidence, the defendants' waning ties to the community, and their access to substantial overseas assets and overseas co-conspirators, the Court should order defendants ARKADIY and IGOR DUBOVOY detained pending trial and order them removed to the District of New Jersey in custody.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

*Andrew S. Pak (SE)*

By: Andrew S. Pak
Daniel V. Shapiro
David M. Eskew
Svetlana M. Eisenberg
Assistant United States Attorneys

Enclosures: Exhibits A-C

# Exhibit A

**[Pages removed, *see* Indictment, 15-CR-390 (MCA), Docket Entry #1]**

# Exhibit B

| From: | |
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | |
| Date: | Tue Oct 08 2013 12:50:23 EDT |
| Attachments: | ____.JPG |

| Company Name | Ticker | Date | Type | Time | Mcap |
|---|---|---|---|---|---|
| Costco Wholesale Corp | COST | 09.10.2013 | C | Bef-mkt | 45865 |
| Safeway Inc | SWY | 10.10.2013 | C | Aft-mkt | 7353 |
| Brown & Brown Inc | BRO | 15.10.2013 | E | | 4767 |
| Fortinet Inc | FTNT | 16.10.2013 | E | | 3038 |
| Align Technology Inc | ALGN | 17.10.2013 | C | 23:00 | 3622 |
| Advanced Micro Devices Inc | AMD | 17.10.2013 | C | | 2808 |
| Washington Federal Inc | WAFD | 18.10.2013 | E | | 2050 |
| Fulton Financial Corp | FULT | 22.10.2013 | C | 23:30 | 266 |
| Panera Bread Co | PNRA | 22.10.2013 | C | Aft-mkt | 4027 |
| Juniper Networks Inc | JNPR | 22.10.2013 | C | | 10003 |
| First Midwest Bancorp Inc/IL | FMBI | 23.10.2013 | C | Bef-mkt | 1 5 |
| Covanta Holding Corp | CVA | 23.10.2013 | C | Aft-mkt | 2 11 |
| Symantec Corp | SYMC | 23.10.2013 | C | Aft-mkt | 16 6 |
| Lam Research Corp | LRCX | 23.10.2013 | C | Aft-mkt | 8 3 |
| VMware Inc | VMW | 23.10.2013 | E | | 34 7 |
| Gentex Corp/MI | GNTX | 23.10.2013 | E | | 3 3 |
| Cadence Design Systems Inc | CDNS | 23.10.2013 | C | | 3 2 |
| Quidel Corp | QDEL | 23.10.2013 | E | | 9 5 |

# Exhibit C

| | |
|---|---|
| From: | |
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | Fwd: Ф. агенства |
| Date: | Fri Jan 03 2014 09:47:27 EST |
| Attachments: | 1.jpg |
| | 2.jpg |
| | 3.jpg |
| | 4.jpg |
| | 5.jpg |

\>\>

| Company Name | Company Ticker | Date | Date Type | Time | CUR_MKT_CAP | PX_LAST | PX_VOLUME |
|---|---|---|---|---|---|---|---|
| Resources Connection Inc | RECN US | 02.01.2014 | C | Aft-mkt | 574 PRN | 14,47 | 71 513 |
| A Schulman Inc | SHLM US | 06.01.2014 | C | Aft-mkt | 1 039 PRN | 35,13 | 82 954 |
| Crestwood Midstream Partner | CMLP US | 06.01.2014 | E | | 4 447 PRN | 24,76 | 638 435 |
| Commercial Metals Co | CMC US | 07.01.2014 | C | | 2 367 PRN | 20,21 | 890 599 |
| Synergy Resources Corp | SYRG US | 07.01.2014 | C | | 669 MWR | 9,22 | 570 501 |
| Monsanto Co | MON US | 08.01.2014 | C | Bef-mkt | 61 066 PRN | 115,80 | 1 041 639 |
| AZZ Inc | AZZ US | 08.01.2014 | C | Bef-mkt | 1 257 PRN | 49,30 | 86 500 |
| RPM International Inc | RPM US | 08.01.2014 | C | Bef-mkt | 5 483 PRN | 41,14 | 358 063 |
| Global Payments Inc | GPN US | 08.01.2014 | C | Aft-mkt | 4 717 PRN | 64,48 | 328 847 |
| Bed Bath & Beyond Inc | BBBY US | 08.01.2014 | C | | 17 175 PRN | 80,13 | 882 797 |
| WD-40 Co | WDFC US | 08.01.2014 | C | | 1 152 PRN | 75,33 | 29 518 |
| MSC Industrial Direct Co Inc | MSM US | 08.01.2014 | C | | 5 148 PRN | 81,49 | 547 741 |
| Greenbrier Cos Inc/The | GBX US | 08.01.2014 | T | | 931 PRN | 32,92 | 196 453 |
| PriceSmart Inc | PSMT US | 09.01.2014 | C | Aft-mkt | 3 484 MWR | 115,50 | 99 419 |
| CSX Corp | CSX US | 15.01.2014 | C | Aft-mkt | 28 875 PRN | 28,34 | 3 721 843 |
| Washington Federal Inc | WAFD US | 15.01.2014 | E | | 2 365 MWR | 23,39 | 236 594 |
| Renasant Corp | RNST US | 15.01.2014 | E | | 992 PRN | 31,44 | 83 747 |
| Fulton Financial Corp | FULT US | 15.01.2014 | E | | 2 529 MWR | 13,15 | 383 183 |
| BB&T Corp | BBT US | 16.01.2014 | C | Bef-mkt | 26 206 PRN | 37,16 | 2 278 169 |
| PrivateBancorp Inc | PVTB US | 16.01.2014 | C | Bef-mkt | 2 337 PRN | 28,89 | 308 423 |
| Capital One Financial Corp | COF US | 16.01.2014 | C | 23:05 | 43 841 PRN | 75,82 | 1 429 309 |
| HB Fuller Co | FUL US | 16.01.2014 | E | | 2 573 PRN | 51,01 | 168 022 |
| PNC Financial Services Group I | PNC US | 16.01.2014 | C | | 41 281 PRN | 77,51 | 1 251 165 |
| Bank of New York Mellon Corp | BK US | 16.01.2014 | C | | 39 727 PRN | 34,54 | 1 877 504 |
| M&T Bank Corp | MTB US | 16.01.2014 | E | | 15 195 PRN | 116,33 | 562 590 |
| American Airlines Group Inc | AAMRQ US | 16.01.2014 | E | | 3 822 PRN | 11,39 | ######## |
| Wendy's Co/The | WEN US | 16.01.2014 | E | | 3 396 PRN | 8,73 | 2 834 403 |
| Comerica Inc | CMA US | 17.01.2014 | C | Bef-mkt | 8 701 PRN | 47,63 | 1 179 506 |
| SunTrust Banks Inc | STI US | 17.01.2014 | C | Bef-mkt | 19 661 PRN | 36,59 | 1 736 665 |
| Webster Financial Corp | WBS US | 17.01.2014 | C | 15:00 | 2 787 PRN | 30,79 | 321 402 |
| Xilinx Inc | XLNX US | 17.01.2014 | E | | 12 279 PRN | 45,64 | 1 049 165 |
| People's United Financial Inc | PBCT US | 17.01.2014 | E | | 4 767 PRN | 15,00 | 2 355 356 |

| Company | Ticker | Date | | Timing | Volume | Price | Shares |
|---|---|---|---|---|---|---|---|
| Associated Banc-Corp | ASBC US | 17.01.2014 | E | | 2 830 PRN | 17,44 | 335 900 |
| Parker Hannifin Corp | PH US | 17.01.2014 | E | | 19 299 PRN | 128,88 | 575 588 |
| Johnson Controls Inc | JCI US | 17.01.2014 | E | | 35 002 PRN | 50,89 | 2 389 594 |
| Baker Hughes Inc | BHI US | 21.01.2014 | C | Bef-mkt | 24 253 PRN | 54,45 | 2 223 274 |
| Verizon Communications Inc | VZ US | 21.01.2014 | C | 14:30 | 140 512 PRN | 49,15 | 5 459 999 |
| Johnson & Johnson | JNJ US | 21.01.2014 | C | | 258 839 PRN | 92,30 | 4 370 142 |
| Advanced Micro Devices Inc | AMD US | 21.01.2014 | C | | 2 801 MWR | 3,85 | ######## |
| Delta Air Lines Inc | DAL US | 21.01.2014 | C | | 23 502 PRN | 27,19 | 7 571 061 |
| Brinker International Inc | EAT US | 22.01.2014 | C | Bef-mkt | 3 128 PRN | 46,56 | 495 215 |
| Southwest Airlines Co | LUV US | 22.01.2014 | C | 13:30 | 13 105 PRN | 18,83 | 2 971 761 |
| Varian Medical Systems Inc | VAR US | 22.01.2014 | C | Aft-mkt | 8 206 PRN | 77,43 | 562 765 |
| Northwest Bancshares Inc | NWBI US | 22.01.2014 | E | | 1 401 PRN | 14,77 | 292 986 |
| Texas Instruments Inc | TXN US | 22.01.2014 | E | | 48 051 PRN | 43,90 | 2 445 666 |
| FirstMerit Corp | FMER US | 22.01.2014 | E | | 3 676 PRN | 22,18 | 553 206 |
| RF Micro Devices Inc | RFMD US | 22.01.2014 | E | | 1 456 PRN | 5,20 | 1 912 357 |
| Norfolk Southern Corp | NSC US | 22.01.2014 | E | | 28 486 PRN | 91,96 | 855 542 |
| International Game Technolog | IGT US | 22.01.2014 | E | | 4 674 PRN | 17,90 | 2 505 256 |
| Eccorp Inc | EZPW US | 22.01.2014 | E | | 615 PRN | 11,31 | 436 803 |
| Woodward Inc | WWD US | 22.01.2014 | E | | 3 123 MWR | 45,91 | 159 708 |
| KeyCorp | KEY US | 23.01.2014 | C | Bef-mkt | 12 002 PRN | 13,38 | 2 991 514 |
| McDonald's Corp | MCD US | 23.01.2014 | C | Bef-mkt | 96 369 PRN | 97,01 | 2 292 954 |
| United Community Banks Inc/ | UCBI US | 23.01.2014 | C | Bef-mkt | 1 058 MWR | 17,77 | 406 879 |
| ResMed Inc | RMD US | 23.01.2014 | C | 23:00 | 6 725 PRN | 47,21 | 750 913 |
| Altera Corp | ALTR US | 23.01.2014 | C | Aft-mkt | 10 395 PRN | 32,44 | 1 327 545 |
| Leggett & Platt Inc | LEG US | 23.01.2014 | C | Aft-mkt | 4 383 PRN | 31,08 | 563 058 |
| Abbott Laboratories | ABT US | 23.01.2014 | E | | 59 234 PRN | 38,41 | 3 081 598 |
| Astoria Financial Corp | AF US | 23.01.2014 | E | | 1 386 PRN | 14,00 | 314 153 |
| Cohen & Steers Inc | CNS US | 23.01.2014 | E | | 1 797 PRN | 40,82 | 99 567 |
| Union Pacific Corp | UNP US | 23.01.2014 | C | | 76 768 PRN | 166,05 | 920 247 |
| Greenhill & Co Inc | GHL US | 23.01.2014 | E | | 1 629 PRN | 58,09 | 155 688 |
| FNB Corp/PA | FNB US | 23.01.2014 | E | | 2 017 PRN | 12,66 | 358 676 |
| BancorpSouth Inc | BXS US | 23.01.2014 | E | | 2 416 PRN | 25,36 | 470 871 |
| Cathay General Bancorp | CATY US | 23.01.2014 | E | | 2 143 PRN | 26,92 | 284 357 |

| Company | Ticker | Date | | Notes | Shares | Price | Value |
|---|---|---|---|---|---|---|---|
| United Technologies Corp | UTX US | 23.01.2014 | E | | 104 090 PRN | 112,73 | 1 614 924 |
| Flagstar Bancorp Inc | FBC US | 23.01.2014 | E | | 1 084 PRN | 19,12 | 470 843 |
| General Dynamics Corp | GD US | 23.01.2014 | E | | 33 547 PRN | 95,10 | 1 015 098 |
| First Midwest Bancorp Inc/IL | FMBI US | 23.01.2014 | E | | 1 326 MWR | 17,64 | 284 606 |
| RPC Inc | RES US | 23.01.2014 | E | | 3 954 PRN | 18,01 | 261 811 |
| Rollins Inc | ROL US | 23.01.2014 | E | | 4 461 PRN | 30,39 | 131 639 |
| Lam Research Corp | LRCX US | 23.01.2014 | E | | 8 787 MWR | 54,44 | 866 003 |
| LSI Corp | LSI US | 23.01.2014 | E | | 6 008 PRN | 11,02 | 8 561 933 |
| Hill-Rom Holdings Inc | HRC US | 23.01.2014 | E | | 2 415 PRN | 41,23 | 155 869 |
| Union First Market Bankshares | UBSH US | 23.01.2014 | E | | 614 PRN | 24,59 | 25 672 |
| Western Digital Corp | WDC US | 23.01.2014 | E | | 19 681 PRN | 83,59 | 802 743 |
| Exar Corp | EXAR US | 23.01.2014 | E | | 560 PRN | 11,71 | 70 980 |
| WW Grainger Inc | GWW US | 24.01.2014 | C | Bef-mkt | 17 717 PRN | 255,38 | 168 847 |
| Kimberly-Clark Corp | KMB US | 24.01.2014 | C | | 40 288 PRN | 105,93 | 1 006 367 |
| First Financial Bankshares Inc | FFIN US | 24.01.2014 | E | | 2 111 PRN | 66,19 | 51 198 |
| McCormick & Co Inc/MD | MKC US | 24.01.2014 | E | | 9 117 PRN | 69,14 | 347 642 |
| International Speedway Corp | ISCA US | 24.01.2014 | E | | 1 642 PRN | 35,32 | 57 623 |
| Dover Corp | DOV US | 24.01.2014 | E | | 16 487 PRN | 96,38 | 385 844 |
| Briggs & Stratton Corp | BGG US | 24.01.2014 | E | | 1 043 PRN | 21,97 | 173 510 |
| Cepheid Inc | CPHD US | 24.01.2014 | E | | 3 183 PRN | 46,68 | 317 384 |
| Taylor Capital Group Inc | TAYC US | 24.01.2014 | E | | 787 PRN | 26,74 | 82 825 |
| Honeywell International Inc | HON US | 24.01.2014 | E | | 71 489 PRN | 91,00 | 1 450 349 |
| AO Smith Corp | AOS US | 24.01.2014 | E | | 5 020 PRN | 54,08 | 378 038 |
| NVR Inc | NVR US | 24.01.2014 | E | | 4 674 PRN | 1 032,84 | 41 091 |
| Lockheed Martin Corp | LMT US | 24.01.2014 | E | | 47 386 PRN | 146,98 | 835 681 |
| Juniper Networks Inc | JNPR US | 24.01.2014 | E | | 11 423 MWR | 22,53 | 5 465 617 |
| Iberiabank Corp | IBKC US | 24.01.2014 | E | | 1 880 PRN | 62,67 | 59 263 |
| Prosperity Bancshares Inc | PB US | 24.01.2014 | E | | 4 191 PRN | 63,28 | 401 574 |
| Alaska Air Group Inc | ALK US | 24.01.2014 | E | | 5 055 PRN | 72,04 | 343 319 |
| Raytheon Co | RTN US | 24.01.2014 | E | | 28 864 PRN | 90,43 | 1 050 571 |
| United Continental Holdings Inc | UAL US | 24.01.2014 | E | | 13 646 PRN | 37,30 | 2 581 046 |
| Timken Co | TKR US | 24.01.2014 | E | | 5 386 PRN | 55,10 | 623 405 |
| ITT Educational Services Inc | ESI US | 24.01.2014 | E | | 779 PRN | 33,27 | 483 352 |

| | | | | | |
|---|---|---|---|---|---|
| Meredith Corp | MDP US | 24.01.2014 E | 2 286 PRN | 51,93 | 238 918 |
| Kennametal Inc | KMT US | 24.01.2014 E | 4 078 PRN | 51,77 | 212 999 |
| Old Republic International Cor | ORI US | 24.01.2014 E | 4 456 PRN | 17,10 | 1 062 467 |
| Columbia Banking System Inc | COLB US | 24.01.2014 E | 1 421 PRN | 27,58 | 127 048 |
| Lattice Semiconductor Corp | LSCC US | 24.01.2014 E | 636 MWR | 5,45 | 662 997 |
| Maxim Integrated Products Inc | MXIM US | 24.01.2014 E | 7 856 PRN | 27,91 | 3 035 039 |
| MICROS Systems Inc | MCRS US | 24.01.2014 E | 4 287 PRN | 57,08 | 539 903 |
| Synaptics Inc | SYNA US | 24.01.2014 E | 1 716 PRN | 51,95 | 528 904 |
| Federated Investors Inc | FII US | 24.01.2014 E | 3 002 PRN | 28,47 | 388 779 |
| KLA-Tencor Corp | KLAC US | 24.01.2014 E | 10 719 PRN | 64,20 | 540 436 |
| Weyerhaeuser Co | WY US | 24.01.2014 E | 18 275 PRN | 31,43 | 1 851 985 |
| AMCOL International Corp | ACO US | 24.01.2014 E | 1 097 MWR | 33,91 | 69 483 |
| Dime Community Bancshares | DCOM US | 24.01.2014 E | 619 MWR | 16,94 | 40 040 |
| AMETEK Inc | AME US | 24.01.2014 E | 12 889 PRN | 52,52 | 466 632 |
| Covance Inc | CVD US | 24.01.2014 E | 4 947 PRN | 88,00 | 225 719 |
| Moog Inc | MOG/A US | 24.01.2014 E | 3 103 MWR | 68,48 | 53 954 |
| Tempur Sealy International Inc | TPX US | 24.01.2014 E | 3 250 PRN | 54,19 | 596 261 |
| Microsemi Corp | MSCC US | 24.01.2014 E | 2 357 PRN | 24,85 | 174 177 |
| Biglari Holdings Inc | BH US | 24.01.2014 E | 876 PRN | 509,95 | 6 953 |

С (обычн. - выходит истории 100%! 
Е (обычн. - выход истории пог.?)

| Company Name | Company Ticker | Date | Date Type | Time | CUR_MKT_CAP | PX_LAST | PX_VOLUME |
|---|---|---|---|---|---|---|---|
| Resources Connection Inc | RECN US | 02.01.2014 | C | Aft-mkt | 574 PRN | 14,47 | 71 512 |
| A Schulman Inc | SHLM US | 06.01.2014 | C | Aft-mkt | 1 039 PRN | 35,13 | 82 954 |
| Crestwood Midstream Partner | CMLP US | 06.01.2014 | E | | 4 447 PRN | 24,76 | 638 435 |
| Commercial Metals Co | CMC US | 07.01.2014 | C | | 2 367 PRN | 20,21 | 890 599 |
| Synergy Resources Corp | SYRG US | 07.01.2014 | C | | 669 MWR | 9,22 | 570 501 |
| Monsanto Co | MON US | 08.01.2014 | C | Bef-mkt | 61 666 PRN | 115,80 | 1 041 639 |
| AZZ Inc | AZZ US | 08.01.2014 | C | Bef-mkt | 1 257 PRN | 49,30 | 86 500 |
| RPM International Inc | RPM US | 08.01.2014 | C | Bef-mkt | 5 483 PRN | 41,14 | 358 063 |
| Global Payments Inc | GPN US | 08.01.2014 | C | Aft-mkt | 4 717 PRN | 64,48 | 328 847 |
| Bed Bath & Beyond Inc | BBBY US | 08.01.2014 | C | | 17 175 PRN | 80,13 | 882 797 |
| WD-40 Co | WDFC US | 08.01.2014 | C | | 1 152 PRN | 75,33 | 29 518 |
| MSC Industrial Direct Co Inc | MSM US | 08.01.2014 | C | | 5 148 PRN | 81,49 | 547 741 |
| Greenbrier Cos Inc/The | GBX US | 08.01.2014 | T | | 931 PRN | 32,92 | 196 453 |
| PriceSmart Inc | PSMT US | 09.01.2014 | C | Aft-mkt | 3 484 MWR | 115,50 | 99 419 |
| CSX Corp | CSX US | 15.01.2014 | C | Aft-mkt | 28 875 PRN | 28,34 | 3 721 843 |
| Washington Federal Inc | WAFD US | 15.01.2014 | E | | 2 365 MWR | 23,39 | 236 594 |
| Renasant Corp | RNST US | 15.01.2014 | E | | 992 PRN | 31,44 | 83 747 |
| Fulton Financial Corp | FULT US | 15.01.2014 | E | | 2 529 MWR | 13,15 | 383 183 |
| BB&T Corp | BBT US | 16.01.2014 | C | Bef-mkt | 26 206 PRN | 37,16 | 2 278 169 |
| PrivateBancorp Inc | PVTB US | 16.01.2014 | C | Bef-mkt | 2 337 PRN | 28,89 | 308 423 |
| Capital One Financial Corp | COF US | 16.01.2014 | C | 23:05 | 43 841 PRN | 75,82 | 1 429 309 |
| HB Fuller Co | FUL US | 16.01.2014 | E | | 2 573 PRN | 51,01 | 168 022 |
| PNC Financial Services Group I | PNC US | 16.01.2014 | C | | 41 281 PRN | 77,51 | 1 251 165 |
| Bank of New York Mellon Corp | BK US | 16.01.2014 | C | | 39 727 PRN | 34,54 | 1 877 504 |
| M&T Bank Corp | MTB US | 16.01.2014 | E | | 15 195 PRN | 116,33 | 562 590 |
| American Airlines Group Inc | AAMRQ US | 16.01.2014 | E | | 3 822 PRN | 11,39 | ######## |
| Wendy's Co/The | WEN US | 16.01.2014 | E | | 3 396 PRN | 8,73 | 2 834 403 |
| Comerica Inc | CMA US | 17.01.2014 | C | Bef-mkt | 8 701 PRN | 47,63 | 1 179 506 |
| SunTrust Banks Inc | STI US | 17.01.2014 | C | Bef-mkt | 19 661 PRN | 36,59 | 1 736 665 |
| Webster Financial Corp | WBS US | 17.01.2014 | C | 15:00 | 2 787 PRN | 30,79 | 321 402 |
| Xilinx Inc | XLNX US | 17.01.2014 | E | | 12 279 PRN | 45,64 | 1 049 165 |
| People's United Financial Inc | PBCT US | 17.01.2014 | E | | 4 767 PRN | 15,00 | 2 355 356 |