# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

IGOR DUBOVOY

MAGISTRATE JUDGE: __Steven C. Mannion__

MAGISTRATE NO.: __15cr390-4__

DATE OF PROCEEDINGS: __9/14/2015__

DATE OF ARREST: _____

PROCEEDINGS: __BAIL HEARING__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD   __ CJA
( ) WAIVER OF HRG.:    __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✓) BAIL SET: __3,600,000.00__ *
   ( ) UNSECURED BOND
   (✓) SURETY BOND SECURED BY CASH / PROPERTY
(✓) TRAVEL RESTRICTED __GA & NJ__
(✓) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(✓) SURRENDER &/OR OBTAIN NO PASSPORT Δ & FAMILY
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

* - 19 PROPERTY'S AS STATED IN SCH. A TO ORDER

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  __ COURT   __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __ANDREW PAK, ESQ__

DEFT. COUNSEL __MARY FRANCES PALISANO, Esq.__

PROBATION _____

INTERPRETER __NONE__
   1. Language:  (          )

Time Commenced: _____
Time Terminate: _____
CD No: _____

_____
DEPUTY CLERK