UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IGOR DUBOVOY<br><br>Defendant | Case No. 15-cr-390 (MCA)<br><br>**ORDER SETTING<br>CONDITIONS OF RELEASE** |

This matter having come before the Court upon the joint application of the defendant Igor Dubovoy, by Gibbons P.C. (Mary Frances Palisano, Esq. appearing), and the United States of America, (Paul J. Fishman, United States Attorney, by Andrew S. Pak, Assistant United States Attorney, appearing), to release defendant Igor Dubovoy on bail pending trial, and for other good cause shown,

IT IS on this 15 day of September 2015,

ORDERED that defendant Igor Dubovoy be released from custody subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release;

(2) The defendant must cooperate in the collection of a DNA sample if collection is authorized by 42 U.S.C. § 14135a;

(3) The defendant must immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and/or telephone number; and

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

IT IS FURTHER ORDERED that bail be fixed at **$3,000,000** and the defendant shall be released upon executing a secured appearance bond, with co-signors Marina Dubovoy, Vera Dubovoy, Nelia Dubova, and Arthur Buburyak; and

IT IS FURTHER ORDERED that defendant Igor Dubovoy's release shall be secured by the properties set forth in Schedule A, which properties are hereby deemed forfeitable in the event that defendant Igor Dubovoy shall fail to appear or otherwise violate the conditions of his release; and

IT IS FURTHER ORDERED that defendant Igor Dubovoy shall remain in custody until the properties listed in Schedule A are posted to the satisfaction of the United States Office of Pretrial Services ("PTS"), and upon the satisfactory posting of the properties listed in Schedule A, PTS shall so inform the Court and the parties of the same.

### Additional Conditions of Release

IT IS FURTHER ORDERED that, in addition to the above, that the following conditions are imposed:

(1)   Defendant shall report to PTS as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop;

(2)   Defendant's travel is restricted to Georgia and New Jersey (for court and legal purposes only) unless approved by PTS.

(3)   Defendant and his immediate family members (Marina Dubovoy, Reuben Dubovoy, Sarah Dubovoy, and Saphira Dubovoy) shall surrender all passports, issued by any country, and travel documents to PTS and not apply for new travel documents.

(4)   Defendant shall maintain his current residence or a residence approved by PTS.

(5)  Defendant shall have no contact with any codefendants or witnesses unless in the presence of counsel, except that Defendant is permitted to have contact, for legitimate social purposes, with his father, Arkadiy Dubovoy, but shall not discuss matters relating to his case with Arkadiy Dubovoy without the presence of counsel.

(6)  Defendant is to participate in the following home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system.  Defendant shall pay all or part of the program based upon the defendant's ability to pay as determined by PTS or supervising officer.

   a. Home Detention, with electronic monitoring, with exceptions for the following: employment, religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the PTS.  The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by PTS.

(7)  Defendant is prohibited from possession and/or use of computers or connected devices at any location.  By consent of the other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services and subject to inspection for compliance by Pretrial Services.

(8)  Defendant is not permitted to buy, sell, or trade in securities either independently or through a broker, agent, or any other third party.

(9)  The defendant shall surrender all firearms and firearm permits in his possession/home in compliance with local laws prior to his release on bail and provide proof of same to PTS.

**Directions to the United States Marshal**

The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Honorable Steven C. Mannion
United States Magistrate Judge

Dated: September 15, 2015

## SCHEDULE A

1. 991 Ardmore Trail, Hoschton, Georgia 30548
2. 2385 Saddlesprings Drive, Alpharetta, Georgia 30004
3. 2643 Amy Ct, Duluth, Georgia 30096
4. 200 Gorda Ct, Roswell, Georgia 30075
5. 3230 Sweetwater Drive, Cumming, Georgia 30041
6. 1785 Habersham Villa Drive, Cumming, Georgia 30041
7. 5945 Ellington Cove, Cumming, Georgia 30040
8. 310 Montgomery Ave., Alpharetta, Georgia 30004
9. 2176 Old Camp Circle, Lilburn, Georgia 30047
10. 1221 Bavarian Wood Close, Buford Georgia 30518
11. 1441 Morgan Drive, Buckhead Morgan, Georgia 30625
12. 800 Henry Drive, Woodstock, Georgia 30188
13. 525 Summerhill Place, Alpharetta, Georgia 30022
14. 4275 Habersham Way, Cumming GA 30042
15. 2592 Sam Calvin Drive, Dacula, Georgia 30019
16. 4520 Plantation Mill Trl, Buford, GA 30519
17. 535 County Glen Court, Alpharetta, Georgia 30022
18. 2230 County Line Rd., Atlanta, Georgia 30331
19. 3630 Sawmill Ct, Cumming, Georgia 30040