UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARKADIY DUBOVOY<br><br>Defendant | Case No. 15-cr-390 (MCA)<br><br>ORDER SETTING<br>CONDITIONS OF RELEASE |

This matter having come before the Court upon the joint application of the defendant Arkadiy Dubovoy, by Critchley, Kinum & Vazquez, LLC (Michael Critchley, Jr., Esq. and Michael Critchley, Sr., Esq. appearing), and the United States of America, (Paul J. Fishman, United States Attorney, by Andrew S. Pak, Assistant United States Attorney, appearing), to release defendant Arkadiy Dubovoy on bail pending trial, and for other good cause shown,

IT IS on this 18th day of February 2016,

ORDERED that defendant Arkadiy Dubovoy be released from custody subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release;

(2) The defendant must cooperate in the collection of a DNA sample if collection is authorized by 42 U.S.C. § 14135a;

(3) The defendant must immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and/or telephone number; and

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

## Release on Bond

IT IS FURTHER ORDERED that bail be fixed at **$4,500,000** and the defendant shall be released upon executing a secured appearance bond, with co-signors Vera Dubovoy, Alena Bumburyak, and Nelya Dubovaya; and

IT IS FURTHER ORDERED that defendant Arkadiy Dubovoy's release shall be secured by the properties set forth in Schedule A, which properties are hereby deemed forfeitable in the event that defendant Arkadiy Dubovoy shall fail to appear or otherwise violate the conditions of his release; and

IT IS FURTHER ORDERED that defendant Arkadiy Dubovoy shall remain in custody until the properties listed in Schedule A are posted to the satisfaction of the United States Office of Pretrial Services ("PTS"), and upon the satisfactory posting of the properties listed in Schedule A, PTS shall so inform the Court and the parties of the same.

## Additional Conditions of Release

IT IS FURTHER ORDERED that, in addition to the above, that the following conditions are imposed:

(1) Defendant shall report to PTS as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop;

(2) Defendant's travel is restricted to Georgia and New Jersey (for court and legal purposes only) unless approved by PTS.

(3) Defendant and his immediate family members (Vera Dubovoy, Alena Bumburyak, Nelya Dubovaya, and Mark Dubovoy) shall surrender all passports, issued by any country, and travel documents to PTS and not apply for new travel documents.

(4) Defendant shall maintain his current residence or a residence approved by PTS.

(5) Defendant shall have no contact with any codefendants or witnesses unless in the presence of counsel, except that Defendant is permitted to have contact, for legitimate social purposes, with his son, Igor Dubovoy, but shall not discuss matters relating to his case with Igor Dubovoy without the presence of counsel.

(6) Defendant is to participate in the following home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. Defendant shall pay all or part of the program based upon the defendant's ability to pay as determined by PTS or supervising officer.

  a. Home Incarceration. Defendant is restricted to his residence under 24 hour lockdown except for medical necessities and court appearances, or other activities specifically approved by the court.

(7) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by PTS. The defendant shall pay all or part of the cost of the monitoring software based upon the defendant's ability to pay, as determined by PTS or supervising officer.

  a. No Computers – defendant is prohibited from possession and/or use of computers or connected devices.

  b. Consent of Other Residents: by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by PTS, password protected by a third party custodian approved by PTS, and subject to inspection for compliance by PTS.

(8) Defendant is not permitted to buy, sell, or trade in securities either independently or through a broker, agent, or any other third party.

(9) The defendant shall surrender all firearms and firearm permits in his possession/home in compliance with local laws prior to his release on bail and provide proof of same to PTS.

### Directions to the United States Marshal

The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

*Defendant shall be releasing and to stay in NJ with Location Monitoring home incarceration - pending the complete posting of properties.*

_____
Honorable Madeline Cox Arleo
United States District Judge

Dated: February 18th, 2016

Consented to as to
Form and Entry

_____
Andrew S. Pak
Assistant U.S. Attorney

_____
Michael Critchley, Sr., Esq.
Michael Critchley, Jr., Esq.
Counsel for Defendant Arkadiy Dubovoy

_____
Defendant

## SCHEDULE A

1. 1084 Meadow Club Ct., Suwanee, GA 30024
2. 1079 Ashwood, Lawrenceville, GA 30045
3. 370 Oakland Place Dr., Lawrenceville, GA 30045
4. 2203 Flat Rock Rd., Douglasville, GA
5. 2125 Antioch Rd., Cumming, GA 30040
6. 1150 Smith St SW, Atlanta, GA 30303
7. 618 Oleander Way, Canton, GA 30114
8. 2120 Shaffer Rd., Cumming, GA 30041
9. 5320 Fieldgate Ridge Dr., Cumming, GA 30028
10. 333 Fernbank Ct., Alpharetta, GA 30004
11. 3285 Canon Bay Dr., Cumming, GA 30041
12. 2090 Township Dr., Woodstock, GA 30189
13. 2463 Seneca Trail, Duluth, GA 30096
14. 0 Water Run Ct, Atlanta, GA (Parcel ID 14F0099LL1162)
15. 0 Water Run Ct, Atlanta, GA (Parcel ID 14F0099LL1154)
16. 5104 Water Run Court, Atlanta, GA 30349
17. 5107 Water Run Court, Atlanta, GA 30349
18. 5108 Water Run Court, Atlanta, GA 30349
19. 5115 Water Run Court, Atlanta, GA 30349
20. 5116 Water Run Court, Atlanta, GA 30349
21. 5119 Water Run Court, Atlanta, GA 30349
22. 5120 Water Run Court, Atlanta, GA 30349
23. 5124 Water Run Court, Atlanta, GA 30349
24. 5135 Water Run Court, Atlanta, GA 30349
25. 5136 Water Run Court, Atlanta, GA 30349
26. 5139 Water Run Court, Atlanta, GA 30349
27. 5140 Water Run Court, Atlanta, GA 30349
28. 5143 Water Run Court, Atlanta, GA 30349
29. 5144 Water Run Court, Atlanta, GA 30349
30. 5147 Water Run Court, Atlanta, GA 30349
31. 5148 Water Run Court, Atlanta, GA 30349
32. 5152 Water Run Court, Atlanta, GA 30349
33. 5155 Water Run Court, Atlanta, GA 30349
34. 5156 Water Run Court, Atlanta, GA 30349
35. 5160 Water Run Court, Atlanta, GA 30349
36. 5111 Water Run Court, Atlanta, GA 30349