UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IGOR DUBOVOY,<br><br>Defendant. | Case No. 15-cr-390 (MCA)<br><br>**CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |

This matter having come before the Court upon the joint application of defendant Igor Dubovoy, by Gibbons P.C. (Mary Frances Palisano, Esq., appearing), and the United States of America (Andrew S. Pak, Assistant United States Attorney, appearing), and for good cause shown,

**IT IS** on this 21 day of March 2016,

**ORDERED** that the Order Setting Conditions of Release as to defendant Igor Dubovoy, dated September 15, 2015, specifically **paragraph 7,** is modified as follows:

(1) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by PTS. Defendant shall pay all or part of the cost of the monitoring software based upon defendant's ability to pay, as determined by PTS or supervising officer.

    a. Computer with Internet Access: Defendant is permitted to use desktop and/or laptop computers, and is permitted to access the internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) through these devices for legitimate and necessary purposes pre-approved by PTS and for employment purposes.

    b. Consent of Other Residents: by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by PTS,

password protected by a third party custodian approved by PTS, and subject to inspection for compliance by PTS.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed in the September 15, 2015 Order shall remain in full force and effect.

_____
Honorable Madeline Cox Arleo
United States District Judge

Dated: March 30, 2016

Consented to as to
Form and Entry

_____
Andrew S. Pak
Assistant U.S. Attorney

_____
Mary Frances Palisano, Esq.
Counsel for Defendant Igor Dubovoy