PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Igor Dubovoy**                                        Docket No. **15-390-4**

## Petition for Action on Conditions of Pretrial Release

   COMES NOW **Vincent Imbrosciano** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Igor Dubovoy**, who was placed under pretrial release supervision by the **Honorable Steven C. Mannion United States Magistrate Judge** sitting in the Court at **Newark, New Jersey**, on **September 14, 2015**, under the following conditions:

1. $3,000,000 collateral bond secured by properties noted in Schedule A of defense counsel's proposed consent order.
2. Co-signed by Marina Dubovoy, Vera Dubovoy, Nelia Dubova and Aurthur Buburyak
3. Pretrial Services supervision
4. Travel restricted to Georgia and New Jersey (for court and legal purposes only), unless approved by Pretrial Services.
5. Home Detention with electronic monitoring. Defendant is restricted to his residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services. Employment is permitted.
6. The defendant is not permitted to buy, sell, trade in securities either independently or through a broker, agent or any other third party.
7. The defendant shall maintain his current residence or a residence approved by Pretrial Services.
8. The defendant is prohibited from possession and/or use of computers or connected devices at any location. By consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services and subject to inspection for compliance by Pretrial Services.
9. The defendant and his wife (Marina Dubovoy) and children (Reuben, Sarah and Saphira Dubovoy) are to surrender all passports/travel documents and do not apply for new ones.
10. The defendant shall surrender all firearms and firearm permits in his possession/residence in compliance with local laws prior to his release on bail and provide proof of same to Pretrial Services.
11. All conditions to be met prior to the defendant's release.

DUBOVOY, Igor
Docket # 15-390-4
Page 2

On January 11, 2016, Pretrial Services provided Your Honor with an informational memo which outlined location monitoring infractions made by the defendant with unauthorized leaves from his residence.

On January 20, 2016, the defendant entered a plea before Your Honor and sentencing is currently set for May 9, 2016.

On March 30, 2016, Your Honor signed a consent order allowing the defendant to use a desktop and/or laptop computer as approved by Pretrial Services for employment purposes.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A BAIL REVIEW HEARING**

ORDER OF COURT

Considered and ordered this _____ day of _____ and ordered filed and made a part of the records in the above case.

_____
Honorable Madeline Cox Arleo
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on            April 27, 2016

_____
Vincent Imbrosciano
U.S. Pretrial Services Officer