2013R00474/AP/SD/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | : | Crim. No. 15-390 (MCA) |
| ARKADIY DUBOVOY | : | <u>AFFIRMATION OF PUBLICATION</u> |

I, SARAH DEVLIN, pursuant to Title 28, United States Code, Section 1746, hereby affirm under the penalty of perjury:

That I am an Assistant United States Attorney in the Office of the United States Attorney for the District of New Jersey, and

That attached to this affirmation are the following:

(1)   A true and correct copy of the Notice of Forfeiture published in connection with the above-captioned case (Attachment 1), and

(2)   An Advertisement Certification Report generated by the Consolidated Asset Tracking System maintained by the Department of Justice, which indicates that the aforementioned Notice was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on March 24, 2016 and ending on April 22, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Attachment 2).

Dated: Newark, New Jersey
       June 15, 2016

                                    <u>s/ Sarah Devlin</u>
                                    SARAH DEVLIN
                                    Assistant United States Attorney

# ATTACHMENT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY, CRIMINAL DIVISION
## COURT CASE NUMBER: 15-390(MCA); NOTICE OF FORFEITURE

Notice is hereby given that on February 18, 2016, in the case of <u>U.S. v. Arkadiy Dubovoy</u>, Court Case Number 15-390(MCA), the United States District Court for the District of New Jersey entered an Order condemning and forfeiting the following property to the United States of America:

$72,706.84 previously contained in E*Trade Securities account number XXXX7579, held in the name of Southeastern Holdings and Investment, LLC (15-USS-000564);

$424,382.23 previously contained in Interactive Brokers account number XXX1184, held in the name of M&I Advising Associates LLC (15-USS-000565);

$741,531.10 previously contained in Interactive Brokers account number XXX77635, held in the name of Boni, Inc (15-USS-000566); and

$181,889.49 previously contained in TD Ameritrade account number XXXX76350, held in the name of Southeastern Holdings Investment, LLC (15-USS-000567).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 24, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ 07101-0419, and a copy served upon Assistant United States Attorney Sarah Devlin, 970 Broad Street,, Suite 700, Newark, NJ 07102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# ATTACHMENT 2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 24, 2016 and April 22, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Arkadiy Dubovoy

**Court Case No:** 15-390(MCA)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/24/2016 | 23.7 | Verified |
| 2 | 03/25/2016 | 24.0 | Verified |
| 3 | 03/26/2016 | 24.0 | Verified |
| 4 | 03/27/2016 | 24.0 | Verified |
| 5 | 03/28/2016 | 24.0 | Verified |
| 6 | 03/29/2016 | 24.0 | Verified |
| 7 | 03/30/2016 | 24.0 | Verified |
| 8 | 03/31/2016 | 24.0 | Verified |
| 9 | 04/01/2016 | 24.0 | Verified |
| 10 | 04/02/2016 | 24.0 | Verified |
| 11 | 04/03/2016 | 24.0 | Verified |
| 12 | 04/04/2016 | 24.0 | Verified |
| 13 | 04/05/2016 | 24.0 | Verified |
| 14 | 04/06/2016 | 24.0 | Verified |
| 15 | 04/07/2016 | 24.0 | Verified |
| 16 | 04/08/2016 | 24.0 | Verified |
| 17 | 04/09/2016 | 24.0 | Verified |
| 18 | 04/10/2016 | 24.0 | Verified |
| 19 | 04/11/2016 | 24.0 | Verified |
| 20 | 04/12/2016 | 24.0 | Verified |
| 21 | 04/13/2016 | 24.0 | Verified |
| 22 | 04/14/2016 | 24.0 | Verified |
| 23 | 04/15/2016 | 24.0 | Verified |
| 24 | 04/16/2016 | 24.0 | Verified |
| 25 | 04/17/2016 | 24.0 | Verified |
| 26 | 04/18/2016 | 24.0 | Verified |
| 27 | 04/19/2016 | 24.0 | Verified |
| 28 | 04/20/2016 | 24.0 | Verified |
| 29 | 04/21/2016 | 20.6 | Verified |
| 30 | 04/22/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.