2013R00474/AP/SD/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | : | Crim. No. 15-390 (MCA) |
| ARKADIY DUBOVOY | : | <u>AFFIRMATION OF PUBLICATION</u> |

I, SARAH DEVLIN, pursuant to Title 28, United States Code, Section 1746, hereby affirm under the penalty of perjury:

That I am an Assistant United States Attorney in the Office of the United States Attorney for the District of New Jersey, and

That attached to this affirmation are the following:

(1)   A true and correct copy of the Notice of Forfeiture published in connection with the above-captioned case (Attachment 1), and

(2)   An Advertisement Certification Report generated by the Consolidated Asset Tracking System maintained by the Department of Justice, which indicates that the aforementioned Notice was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on April 26, 2016 and ending on May 25, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Attachment 2).

Dated: Newark, New Jersey
       July 8, 2016

<u>s/ Sarah Devlin</u>
SARAH DEVLIN
Assistant United States Attorney

# ATTACHMENT 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, CRIMINAL DIVISION
COURT CASE NUMBER: 15-390(MCA); NOTICE OF FORFEITURE**

Notice is hereby given that on April 15, 2016, in the case of <u>U.S. v. Arkadiy Dubovoy</u>, Court Case Number 15-390(MCA), the United States District Court for the District of New Jersey entered an Order condemning and forfeiting the following property to the United States of America:

> Real property commonly known as 50 Laurel Trail South, Dawsonville, GA 30534, and more particularly described as all that tract of parcel of land lying and being in Lots 34 and 35 Country Place LL517 LD 13-N, Subdivision Lake (3), Dawsonville, Dawson County, Georgia, as described in the Warranty Deed recorded in Deed Book 1122, Page 270, of the Dawson County, Georgia records. Assessor's Parcel Numbers: L03 034 and L03 035. (16-USS-000150)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 26, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ 07101-0419, and a copy served upon Assistant United States Attorney Sarah Devlin, 970 Broad Street,, Suite 700, Newark, NJ 07102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# ATTACHMENT 2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 26, 2016 and May 25, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Arkadiy Dubovoy

**Court Case No:** 15-390(MCA)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/26/2016 | 24.0 | Verified |
| 2 | 04/27/2016 | 24.0 | Verified |
| 3 | 04/28/2016 | 24.0 | Verified |
| 4 | 04/29/2016 | 24.0 | Verified |
| 5 | 04/30/2016 | 24.0 | Verified |
| 6 | 05/01/2016 | 24.0 | Verified |
| 7 | 05/02/2016 | 24.0 | Verified |
| 8 | 05/03/2016 | 24.0 | Verified |
| 9 | 05/04/2016 | 24.0 | Verified |
| 10 | 05/05/2016 | 24.0 | Verified |
| 11 | 05/06/2016 | 24.0 | Verified |
| 12 | 05/07/2016 | 24.0 | Verified |
| 13 | 05/08/2016 | 24.0 | Verified |
| 14 | 05/09/2016 | 24.0 | Verified |
| 15 | 05/10/2016 | 24.0 | Verified |
| 16 | 05/11/2016 | 24.0 | Verified |
| 17 | 05/12/2016 | 24.0 | Verified |
| 18 | 05/13/2016 | 24.0 | Verified |
| 19 | 05/14/2016 | 24.0 | Verified |
| 20 | 05/15/2016 | 24.0 | Verified |
| 21 | 05/16/2016 | 24.0 | Verified |
| 22 | 05/17/2016 | 24.0 | Verified |
| 23 | 05/18/2016 | 24.0 | Verified |
| 24 | 05/19/2016 | 24.0 | Verified |
| 25 | 05/20/2016 | 24.0 | Verified |
| 26 | 05/21/2016 | 24.0 | Verified |
| 27 | 05/22/2016 | 24.0 | Verified |
| 28 | 05/23/2016 | 23.9 | Verified |
| 29 | 05/24/2016 | 24.0 | Verified |
| 30 | 05/25/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.