

Jake F. Goodman, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4825 Fax: (973) 639-6359
jgoodman@gibbonslaw.com

August 15, 2016

**FILED & SERVED ELECTRONICALLY**

Honorable Madeline Cox Arleo
United States District Judge for the District of New Jersey
Martin Luther King, Jr. Federal Building & Court House
50 Walnut Street,
Newark, New Jersey 07102

    **Re:** *United States v. Igor Dubovoy, et al.*
         Crim. No. 15-cr-390

Dear Judge Arleo:

    As Your Honor will recall, this firm represents defendant Igor Dubovoy in the above referenced matter. We write to inform the Court that with the approval and consent of the Office of Pretrial Services, Mr. Dubovoy and his family have changed their primary residence and will now be residing at the following address: 6350 Oak Valley Drive, Cumming, GA 30040. Please advise if any further action needs to be taken.

    As always, if Your Honor has any questions or concerns, please do not hesitate to contact me. Thank you very much for your kind attention to this matter.

                            Respectfully submitted,

                            s/ Jake F. Goodman
                            GIBBONS, P.C.
                            One Gateway Center
                            Newark, New Jersey 07102-5310
                            (973) 596-4825

cc:    Andrew S. Pak, Assistant U.S. Attorney (via ECF)