DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Igor Dubovoy<br><br>Defendant(s). | Criminal No.  15-390<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  Igor Dubovoy                          .

Date: February 1, 2022

PHILIP R. SELLINGER
United States Attorney

By:    s/Daniel V. Shapiro
          Assistant U.S. Attorney