UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK

Date:   2/5/24

JUDGE:  HON.  MADELINE COX ARLEO

COURT REPORTER: DIANE DiTIZZI

DEPUTY CLERK: AMY ANDERSONN

Docket No. 15-CR-390(MCA) -3

Title of Case: U.S.A. v. ARKADIY DUBOVOY

Appearances:  Shontae Gray AUSA, for the Government
              Michael Critchley, Esq., for defendant DUBOVOY
              Dana Hafner & Megan Horton, Probation

Nature of Proceedings:  **STATUS OF SUPERVISED RELEASE**

Status conference held on the record.

The Court declines to enter the arrest warrant requested by Probation as the defendant has self deported out of country.

Time Commenced  3:10 p.m.          Time Adjourned     3:20 p.m.

_Amy Andersonn_
Amy Andersonn, Deputy Clerk